Peter R. Afrasiabi (Bar No. 193336)
Email: pafrasiabi@onellp.com
Christopher W. Arledge (Bar No. 200767)
Email: carledge@onellp.com
Robert D. Hunt (Bar No. 247802)
Email: rhunt@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile:  (949) 258-5081

Attorneys for Defendant/Counterclaimant,
SOBERLINK, INC. *n/k/a* BI MOBILE BREATH, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JOHN LOMONACO, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>v.<br><br>SOBERLINK, INC.,<br><br>         Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No.  SACV15-00015-CJC (DFMx)<br>Hon. Cormac J. Carney<br><br>**NOTICE RE: PLAINTIFF'S FAILURE TO IDENTIFY IDENTICAL RELATED CASE** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This notice is to inform the Court that the new action filed in this District entitled *Turner et al. v. BI Mobile Breath, Inc. et al.,* Case No. SACV16-0113-JVS-AFM is a completely related case to *Lomonaco v. Soberlink, Inc.*, Case No. SACV15-00015-CJC-DFM. The Complaint is identical. The demands are identical. The alleged defects and advertising errors are identical. The only difference is new and additional defendants have been named for the exact same alleged conduct.

What is more, the plaintiff's lawyers in *Lomonaco* sought to amend that case to add the very plaintiff Allen Scioli here into that action, but abandoned their amendment motion process mid-stream. *Lomonaco v. Soberlink,* Case No. SACV15-00015-CJC-DFM, Dkt No. 85 (Notice of Withdrawal of Motion for Leave to File Second Amended Complaint). There is no way to not deem them related and thus this notice is filed because the absence of a notice from the plaintiff's lawyers to this Court that the cases are in fact related is improper.

Dated: July 1, 2016

**ONE LLP**

By: /s/ Peter R. Afrasiabi
Peter R. Afrasiabi
Attorneys for Defendant and Counterclaimant,
SOBERLINK, INC. *n/k/a* BI MOBILE BREATH, INC.